```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 0 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INDICTMENT

    -v.-                              :    **08 CRIM 607**

JAMES KEYE,                       :

             Defendant.         :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

On or about February 19, 2008, in the Southern District of New York, JAMES KEYE, the defendant, after having been previously convicted in New York Supreme Court, Bronx County, of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about November 8, 2001, of Assault in the Second Degree, in violation of New York Penal Law 120.05, a Class D Felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm and ammunition, to wit, a Springfield Armory .45 caliber handgun loaded with .45 caliber bullets manufactured by Federal, Speer, Fiocchi, IMI, CBC and Winchester, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMES KEYE,

      Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g))

      MICHAEL J. GARCIA
      United States Attorney.

A TRUE BILL

*[signature]*
      Foreperson.

*Post-It 11/1/87*

*7/7/08 - Fld. Indictment, case assigned to Judge Hellerstein for all purposes.*

*Eaton, J. U.S.M.J.*